FIELD and SMYTH *vs.* GOODMAN.

*Matter of defence arising after issue joined, intermediate the term and the circuit, must be plead at the circuit. A plea puis darrein under such circumstances, cannot be served in vacation.*

MOTION to set aside an inquest. The issue in this cause was joined on the *sixth* day of August. On the *eleventh*, notice of trial was given for the Albany circuit, to be holden on the first Tuesday (*first* day) of September. On the *thirty first* day of August, a plea *puis darrein continuance*, setting forth a release executed by Field, one of the plaintiffs, on the *twenty-sixth* day of August, was served on the agent of the plaintiffs' attornies at Utica, they residing at Albany. On the seventh day of September, no plea of *puis darrien* having been filed with the clerk of the circuit, an inquest was taken.

*A. R. Tiffany*, for defendant.

*King & Denniston*, for plaintiffs.

*By the Court*, MARCY, J. The matter of defence arising after issue joined, intermediate the term and the circuit, ought to have been plead at the circuit; and for this there is a good reason, as it is discretionary with the judge whether he will accept the plea of *puis darrien* or not. It was irregular, therefore, to serve the plea in vacation. As, however, the party swears to merits, the inquest will be set aside, on payment of costs.